# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| VISTA PEAK VENTURES, LLC, | § § § | |
| Plaintiff, | § § | JURY TRIAL DEMANDED |
| v. | § § | |
| GIANTPLUS TECHNOLOGY CO., LTD. | § § | CIVIL ACTION NOS. 2:19-CV-00183, 2:19-CV-00184, |
| Defendant. | § § | 2:19-CV-00185, 2:19-CV-00187 |

## AFFIDAVIT OF DANIEL F. OLEJKO IN SUPPORT OF REQUEST FOR CLERK TO SERVE GIANTPLUS TECHNOLOGY CO., LTD.

Daniel F. Olejko being duly sworn according to law, deposes and says as follows:

1. Bragalone Conroy PC and Ward, Smith, & Hill, PLLC represent Plaintiff Vista Peak Ventures, LLC, in the above cases and have requested that the Clerk of Court serve Defendant GiantPlus Technology Co., Ltd. with process pursuant to Federal Rules of Civil Procedure 4(f)(2)(C)(ii) and 4(h)(2).

2. After a review of the relevant case law and the Department of State's website, www.travel.state.gov, I have concluded that a Taiwanese entity may be served with process by mail.

3. The foregoing statements are true to the best of my knowledge, information, and belief and are made subject to the penalty of perjury.

_____
Daniel F. Olejko

State of Texas
County of Dallas

Sworn to and subscribed before me by Daniel F. Olejko on this 30th day of May, 2019.

(SEAL)

RACHEL RENEE MATHEWS
Notary Public, State of Texas
Comm. Expires 03-03-2023
Notary ID 130138402

_____
Notary Public's Signature

1



Writer's Direct Dial: 214-785-6675
Writer's Email: dolejko@bcpc-law.com

BRAGALONE CONROY PC

May 30, 2019

**VIA HAND DELIVERY**

Clerk, United States District Court
    Eastern District of Texas
Sam B. Hall Jr. Federal Building and United States Courthouse
100 East Houston Street Room 125
Marshall, Texas 75670

    Re:    *Vista Peak Ventures, LLC v. GiantPlus Technology Co., Ltd.*, U.S. District Court, Eastern District of Texas, C.A. No. 2:19-cv-00183, 2:19-cv-00184, 2:19-cv-00185, and 2:19-cv-00187

    We represent Plaintiffs in the above-reference cases and respectfully request your assistance with serving the foreign defendant, GiantPlus Technology Co., Ltd., with process in accordance with Federal Rule of Civil Procedure 4(f)(2)(C)(ii), which applies to foreign corporations pursuant Rule 4(h)(2). I have enclosed an Affidavit of Daniel F. Olejko in support of our request for assistance with service.

    We respectfully request that you serve GiantPlus Technology Co., Ltd. with a copy of the enclosed Complaints and Summons by mail in the pre-addressed envelope provided. The mailing should be addressed as follows:

GiantPlus Technology Co., Ltd.<br>15 Industrial Rd. Toufen, Miao-Li Hsien, Taiwan, R.O.C.

    Please let us know the amount of the postage and any related fees, and we will promptly pre-pay any such fees by check. We appreciate your assistance and are available at your convenience should you have any questions.

Sincerely,<br><br>Daniel F. Olejko

Chase Tower  2200 Ross Avenue  Suite 4500W  Dallas, Texas 75201-7924  P 214.785.6670  F 214.785.6680  www.bcpc-law.com