UAET (02-2008)




# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

## CASE AND DEADLINE INFORMATION

Civil Action No.: 2:19-cv-183, 2:19-cv-184, 2:19-cv-185, 2:19-cv-187

Name of party requesting extension: GIANTPLUS TECHNOLOGY CO., LTD.

Is this the first application for extension of time in this case?
- [x] Yes
- [ ] No

If no, please indicate which application this represents:
- [ ] Second
- [ ] Third
- [ ] Other ___________

Date of Service of Summons: 6/10/2019

Number of days requested:
- [ ] 30 days
- [ ] 15 days
- [x] Other 14 days

New Deadline Date: 7/15/2019 *(Required)*

## ATTORNEY FILING APPLICATION INFORMATION

Full Name: Calli A. Turner

State Bar No.: 24088558

Firm Name: McDermott Will & Emery LLP

Address: 2501 North Harwood Street
Suite 1900
Dallas, Texas 75201

Phone: 214-295-8000

Fax: 972-232-3098

Email: cturner@mwe.com

---

A certificate of conference does not need to be filed with this unopposed application.